SUCREST CORPORATION, Respondent, v. FISHER GOVERNOR COMPANY, INC., Appellant, et al., Defendants. CONSERVATIVE GAS COMPANY, INC., Third-Party Plaintiff, v. CYLINDERS INCORPORATED, Third-Party Defendant.—

Concur— Markewich, J. P., Nunez, Kupferman, Steuer and Tilzer, JJ.